UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WHITE,<br><br>                    Plaintiff,<br><br>v.<br><br>LA PILATES CARLSBAD, an entity of unknown form, JLC MANAGEMENT, LLC, a Nevada limited liability corporation, JEFF CLARK, an individual, RAY CHUNG, an individual, and DOES 1-15,<br><br>                  Defendants. | Case No.: 20cv2054 DMS (MSB)<br><br>**ORDER (1) DENYING PLAINTIFF'S EX PARTE MOTION FOR AN ORDER DIRECTING DEFENDANTS TO SET HEARING DATE, (2) DENYING DEFENDANTS' EX PARTE MOTION TO CONTINUE HEARING DATE ON RULE 11 MOTION, AND (3) DENYING PLAINTIFF'S EX PARTE MOTION FOR AN ORDER DISMISSING 12(b)(6) MOTION** |

This case comes before the Court on the ex parte motions set out above. Plaintiff's ex parte motion for an order directing Defendants to set a hearing date on their Rule 11 motion is denied as moot. That motion is currently scheduled for hearing on April 2, 2021, as indicated in the caption of that motion. Plaintiff's ex parte motion for an order dismissing Defendants' 12(b)(6) motion is also denied, as the Court does not hold serial 12(b) conferences. Here, counsel participated in a 12(b) conference after the filing of the initial Complaint, and thus, no further 12(b) conferences are necessary. As for Defendants' ex parte motion to continue the hearing date on its Rule 11 motion, the Court has reviewed

that motion and Plaintiff's opposition thereto, and finds good cause to continue the hearing is lacking.  Accordingly, Defendants' ex parte motion is also denied.

**IT IS SO ORDERED**.

Dated:  March 18, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court