UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WHITE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LA PILATES CARLSBAD, an entity of unknown form, JLC MANAGEMENT, LLC, a Nevada limited liability corporation, JEFF CLARK, an individual, RAY CHUNG, an individual, and DOES 1-15,<br><br>　　　　　　　　　　Defendants. | Case No.:  20cv2054 DMS (MSB)<br><br>**ORDER RE: ORAL ARGUMENT** |

　　　Defendants' motion for sanctions is currently scheduled for hearing on April 2, 2021. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the April 2, 2021 hearing is vacated.

　　　**IT IS SO ORDERED**.

Dated:  March 29, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court